IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| NANCY LOFTUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:15-cv-692 (CMH/JFA) |
| DAVID BOBZIEN, *et al.*, | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendants David P. Bobzien and Edward L. Long Jr., by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move the Court to dismiss the Complaint filed by Plaintiff Nancy Loftus for failure to state a claim upon which relief may be granted.

The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support.

Respectfully submitted,

DAVID P. BOBZIEN
EDWARD L. LONG JR.

By:_____/s/_____
Sona Rewari (VSB No. 47327)
Thomas J. Cawley (VSB No. 04612)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia  22102
Telephone:  (703) 714-7512
Facsimile:  (703) 918-4018
srewari@hunton.com
tcawley@hunton.com
*Counsel for Defendants David P. Bobzien and Edward L. Long Jr.*

## CERTIFICATE OF SERVICE

I certify that on June 24, 2015, I will electronically file a copy of the attached with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

J. Chapman Petersen, Esq.
Jason F. Zellman, Esq.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
jpetersen@siplfirm.com
jzellman@siplfirm.com

Mary Lynn Tate, Esq.
TATE LAW PC
16006 Porterfield Highway
Abingdon, Virginia 24210
mltate@tatelaw.com

*Counsel for the Plaintiff, Nancy Loftus*

                                               /s/
                            Sona Rewari (VSB No. 47327)
                            Thomas J. Cawley (VSB No. 04612)
                            HUNTON & WILLIAMS LLP
                            1751 Pinnacle Drive, Suite 1700
                            McLean, Virginia  22102
                            Telephone:  (703) 714-7512
                            Facsimile:  (703) 918-4018
                            srewari@hunton.com
                            tcawley@hunton.com

                            *Counsel for Defendants*