IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| NANCY LOFTUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15-cv-692 |
| | ) |
| DAVID BOBZIEN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER comes before the Court on Defendants' Motion to Dismiss. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED, and this case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 28, 2015